IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THEC International-Hamdard Cordova Group-Nazari Construction Company, Ltd. et al.**<br>　　　　*Plaintiffs*,<br>vs.<br>**Cohen Mohr, LLP et al.**<br>　　　　*Defendants*. | Case No. 15-cv-1940<br>The Honorable Reggie B. Walton<br><br>**Plaintiffs' Motion for Sanctions** |

    For the misconduct previously described to the Court, Plaintiffs in the above-captioned action request that the Court impose sanctions upon Defendants to include attorney's fees, costs, and penalties in an amount to be determined by the Court after supplemental briefing by Plaintiffs.

                               Respectfully submitted,

                                 /s/ Joseph A. Hennessey
                                 Joseph A. Hennessey, Esq.
                                 The Law Office of Joseph Hennessey, LLC
                                 2 Wisconsin Circle, Suite 700
                                 Chevy Chase, Maryland  20815
                                 Telephone: (301) 351-5614
                                 Email: Jhennessey@jahlegal.com